**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**PNC BANK NATIONAL ASSOCIATION, a national banking association, successor-by-merger with RBC Bank (USA) a North Carolina state-chartered bank, successor-by-merger with Florida Choice Bank, a Florida state-chartered bank**

      **Plaintiff,**

**v.**                                                                             **Case No: 5:16-cv-580-Oc-PGBPRL**

**ORANGE THORPE INVESTMENTS, LLC, LOST LAKE PROFESSIONAL VILLAGE CONDOMINIUM ASSOCIATION, INC. and LOST LAKE RESERVE COMMERCIAL PROPERTY OWNERS ASSOCIATION, INC.**

      **Defendants.**

## ORDER

This foreclosure action is before the Court for consideration of the Plaintiff's Response to Order to Show Cause and Motion to Extend Time to Conduct Case Management Conference (Doc. 28). Plaintiff responds to the Court's recent order to show cause (Doc. 26) why this case should not be dismissed for failure to file a Case Management Report within the time prescribed by Local Rule 3.05 and states that Plaintiff and the borrower, Orange Thorpe Investments, LLC, are diligently working to conclude a settlement of the matter and Plaintiff intends to voluntarily dismiss the case. Accordingly, in its motion filed on February 10, 2017, Plaintiff requests an

- 2 -

extension of 30 days to comply with the requirements of Local Rule 3.05 in the event the case is not voluntarily dismissed before that time.

The Court notes that Plaintiff's motion lacks the certificate required by Local Rule 3.01(g), which requires a moving party to confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion. Counsel for Plaintiff is reminded of the obligation to comply with the Local Rules, including Local Rule 3.01(g) in particular. Nonetheless, in this instance, because it is unlikely that the relief requested would prejudice the opposing parties, Plaintiff's motion (Doc. 28) is **GRANTED**. The parties shall file a Case Management Report on or before March 10, 2017.

**DONE** and **ORDERED** in Ocala, Florida on February 23, 2017.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties